FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 28 2022
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

CASE NO. 4:22-cv-00390-BSM-JJV

Jury Trial: ☐ Yes  ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Tyler Stadin
ADC # _____

Address: 360 South 11th St Apt 28 Poplar bluff MO 63901

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

*This case assigned to District Judge Miller and to Magistrate Judge Volpe*

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mark Gober

Position: Sheriff of Drew County

Place of employment: Drew County Sheriff's office

Address: 210 South Main St Monticello Ar. 71655

Name of defendant: Breat Errington

Position: Jailer at Drew County detention Center

-4-

Place of employment: Drew County Detention Center
Address: 106 South main st monticello Ar, 71655
Name of defendant: Vickey hanye
Position: Jailer
Place of employment: Drew County detention Center
Address: 106 South main St. Monticello, Ar, 71655
Name of defendant: Susan potts
Position: Jail Administrator
Place of employment: Drew County Detention Center
Address: 106 South main st Monticello Ar, 71655

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

- ☐ Court (if federal court, name the district; if state court, name the county): _____

- ☐ Docket Number: _____

- ☐ Name of judge to whom case was assigned: _____

- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

- ☐ Approximate date of filing lawsuit: _____

- ☐ Approximate date of disposition: _____

IV. Place of present confinement: **Drew County Retention facility**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ____   No _✓_

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___   No ✓

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

for the following days the Jailer refused to give me my anything but to help with pain, on April 22, 23, 24, I went without anything. on the 21st of April I had 3 teeth pulled on the right side of my mouth. Vickey haney stated that I can not have nothing for the pain because of my other meds. my sleeping pill. But when I went to the dentist. Mrs. Susan assistant, said I do not need nothing for The pain because they have stuff up here and they would give it to me as needed. and have not for "4" day. I've the been crying all four days.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Sue them for ~~not gitting~~ denying medical treatment when asked. and refusing to give me my medicon- letting me suffer.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 26 day of Aril, 20 22

_____
Signature(s) of plaintiff(s)

-8-

Tyler Stadin
106 South main
monticello Ar, 71655



INMATE MAIL

Pro Se Clerk
600 West Capital Avenue, Room A149
Little Rock, Ar. 72201