IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER STADIN**                                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:22-CV-00390-BSM**

**MARK GOBER,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 11] is adopted and Stadin's complaint [Doc. No. 2] is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE