IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER STADIN**                                                                                              **PLAINTIFF**

**v.**                                    **CASE NO. 4:22-CV-00390-BSM**

**MARK GOBER,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of August, 2022.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE